IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

J & J SPORTS PRODUCTIONS, INC.,

    Plaintiff,

  v.

STEVE SANG RO, et al.,

    Defendants.

No. C 09-02860 WHA

**ORDER DENYING PLAINTIFF'S *EX PARTE* REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**

Good cause not shown, the Court **DENIES** plaintiff's request to continue the case management conference for four to six weeks.

**IT IS SO ORDERED.**

Dated: October 9, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE