IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., | No. C 09-02860 WHA |
| Plaintiff, | |
| v. | **ORDER DENYING PLAINTIFF'S *EX PARTE* REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| STEVE SANG RO, et al., | |
| Defendants. | |

Good cause not shown, the Court **DENIES** plaintiff's request to continue the case management conference for four to six weeks.

**IT IS SO ORDERED.**

Dated: October 9, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE