IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

J&J SPORTS PRODUCTIONS, INC.,

    Plaintiff,

  v.

STEVE SANG RO, individually, and d/b/a UNION JACK PUB,

    Defendant.

No. C 09-02860 WHA

**ORDER RE FURTHER SERVICE AND SETTING NEW CASE MANAGEMENT CONFERENCE**

In violation of the order dated October 15, 2009, plaintiff's counsel failed to serve that order on defendant Ro. As a result, defendant Ro did not appear at the case management conference on December 3, 2009 (which had been reset from an earlier case management conference due to lack of service). Defendant's nonappearance resulted from the fact that he was not notified of the December 3 conference.

Plaintiff's counsel now must, at his expense, hire a process server to effect service of the instant order on defendant by December 31, 2009, so he will be aware that yet a new case management conference will be held on **JANUARY 14, 2010, AT 11:00 A.M** in Courtroom 9 on the nineteenth floor of the federal courthouse, located at 450 Golden Gate Avenue, in San Francisco. By December 31, 2009, plaintiff's counsel must file a proof of service attesting to compliance with the instant order, failing which this action will be dismissed.

**IT IS SO ORDERED.**

Dated: December 3, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE