IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

J&J SPORTS PRODUCTIONS, INC.,

    Plaintiff,

  v.

STEVE SANG RO,

    Defendant.
    /

No. C 09-02860 WHA

**ORDER REQUIRING APPEARANCE AT HEARING**

    This order requires that plaintiff's counsel, Thomas P. Riley, attend the hearing set for **FEBRUARY 18, 2010, AT 8:00 A.M.**, rather than send a substitute.

    Plaintiff's counsel shall be prepared to identify in what order "this Court has indicated that it believes Defendant's act of piracy to be 'routine,' . . ." as represented in his memorandum filed in support of the motion for default (Br. 6). Plaintiff's counsel shall also be prepared to identify in what order "this Court observed in its September 14, 2009 Order, the case of *Joe Hand Promotions, Inc. v. Tidmarsh*, 2009 WL 1845090 (E.D.Cal. 2009) is instructive," also as represented in his memorandum (Br. 7). Additionally, plaintiff's counsel shall be prepared to explain how the certificate of service shows that proper service was effected on defendant Steve Sang Ro, and bring to the hearing specific case law that supports such a finding.

Dated: February 2, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE