IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

J&J SPORTS PRODUCTIONS, INC.,

    Plaintiff,

  v.

STEVE SANG RO,

    Defendant.

No. C 09-02860 WHA

**JUDGMENT**

For the reasons stated in the accompanying order granting plaintiff's motion for default judgment, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of plaintiff J&J Sports Productions, Inc. and against defendant Steve Sang Ro, in the amount of $4,350. The Clerk **SHALL CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: February 19, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE