**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J&J SPORTS PRODUCTIONS, INC., | No. C 09-02860 WHA |
| Plaintiff, | |
| v. | **JUDGMENT** |
| STEVE SANG RO, | |
| Defendant. | |

For the reasons stated in the accompanying order granting plaintiff's motion for default judgment, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of plaintiff J&J Sports Productions, Inc. and against defendant Steve Sang Ro, in the amount of $4,350. The Clerk **SHALL CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: February 19, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE